# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

NATHAN GRIFFIN,                                      :
         **Plaintiff**                              :
                                                :
     **v.**                                        :   **File No. 1:06-CV-179**
                                                 :
MARCEL MILLS, WARDEN,                          :
CAPTAIN WOODS, OFFICER GRAVES,      :
OFFICER NORFOLK, EMPLOYEES               :
OF CORRECTIONS CORPORATION              :
OF AMERICA,                                          :
         **Defendants**                          :

## <u>ORDER</u>

The Magistrate Judge's Report and Recommendation was filed May 22, 2007 (Paper 32).  After <u>de</u> <u>novo</u> review and absent objection, the Report and Recommendation is AFFIRMED, APPROVED and ADOPTED.  <u>See</u> 28 U.S.C. § 636(b)(1).

Plaintiff's motions for entry of a default (Paper 15) and default judgment (Paper 17) are DENIED.  Defendants' motion to dismiss (Paper 14) is GRANTED in part and DENIED in part.

The Court hereby transfers this case to the United States District Court for the Western District of Tennessee, pursuant to 28 U.S.C. § 1406(a).

WHEREFORE, it is hereby

ORDERED, that the Clerk of Court transfer this action to the United States District Court for the Western District of Tennessee; and it is further

1

ORDERED, that ten (10) days after the date of the service of this Order, the Clerk is instructed to notify the Clerk of the United States District Court for the Western District of Tennessee, by sending a certified copy of this Order, along with a letter that provides instructions for obtaining a read-only, court user account for use in obtaining (retrieving) the electronic record of this case from the District's CM/ECF database; and it is further

ORDERED, that the Clerk serve a copy of this Order on the parties by regular mail.

SO ORDERED.

Dated at Brattleboro, in the District of Vermont, this 21st day of June, 2007.

/s/ J. Garvan Murtha
J. Garvan Murtha
United States District Judge